**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00133-CV

**SKY CAPITAL GROUP, LTD, Appellant**

**V.**

**BOMBARDIER, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

The Court has before it appellee's September 30, 2013 unopposed second motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by November 4, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE